
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

UNITED STATES OF AMERICA

VS.

Eric A. Fields

NO. 7:11CR125-4-F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on February 1, 2012 be turned over to Special Agent Chad Nesbit, Joe Cherry to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 1 | Cocaine |
| 3 | Cocaine |
| 5 | Cocaine |
| 7 | Cocaine |
| 8 | Cocaine |
| 9 | Cocaine |
| 11 | Cocaine |
| 13 | Cocaine |
| 14 | Cocaine |
| 15, 16, 18, 19 | Cocaine |
| 22 | 9mm S&W Gun |

This 1st day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent _____ (signature) on _____ (date)