UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-CR-125-4F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC ANDRE FIELDS, ) | |
| Defendant. ) | |

The trial for Defendant commenced on February 1, 2012. Evidence in this case concluded on February 2, 2012. On February 3, 2012, the jury informed the court it was unable to reach a verdict and the court declared a mistrial.

Accordingly, Defendant's retrial will be rescheduled for the court's **March 12, 2012**, term of court. The court finds that the ends of justice served by this retrial outweigh the interests of Defendant and the public in a speedy trial. Any period of delay occasioned by this continuance therefore shall be excluded pursuant to 18 U.S.C. § 3161(e) and (h).

SO ORDERED.

This the 3rd day of February, 2012.

JAMES C. FOX
Senior United States District Judge