UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

Eric A. Fields

NO. 7:11-CR-125-4F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 3/15/2012 be turned over to Special Agent Chad Nosbir, Joe Cherry to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 1 | Cocaine |
| 3 | Cocaine |
| 5 | Cocaine |
| 7 | Cocaine |
| 8 | Cocaine |
| 9 | Cocaine |
| 13, 14, 15, 16, 18, 19, 11 | Cocaine |
| 22 | 9mm Gun |

This 15th day of March, 2012.

UNITED STATES DISTRICT JUDGE

Received by Agent          (signature) on          (date)

Case 7:11-cr-00125-F   Document 140   Filed 03/15/12   Page 1 of 1