# UNITED STATES DISTRICT COURT
### for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Eric Andre Fields | ) Case No:  7:11-CR-125-4F |
| | ) USM No:  55715-056 |
| Date of Original Judgment:          September 11, 2012 | ) |
| Date of Previous Amended Judgment: _____ | ) Steve Gordon |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
      ☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of  72 _____     months **is reduced to**  62 months on both counts,
concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 11, 2012, _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:      _11/3/14_____

_____
*Judge's signature*

Effective Date:     November 1, 2015
            *(if different from order date)*

James C. Fox, Senior U.S. District Judge
            *Printed name and title*

EDNC Rev. 11/8/2011